# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0872
LT Case No. 2016-CF-2747-A

_____

ROBERT ANTHONY ZACCARO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Dane K. Chase, of Chase Law Florida, P.A., Saint Petersburg, for
Appellant.

Ashley Moody, Attorney General, Tallahassee and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.

September 3, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, KILBANE, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____